UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20402-CR-COHN/SELTZER

UNITED STATES OF AMERICA            )
                                     )
    v.                               )
                                     )
ERICK KELLY ANDERSON,                )
                                     )
        **Defendant**.               )
_____/

# GOVERNMENT'S MOTION UNDER
# FED. R. CRIM. P. 35(b) FOR REDUCED SENTENCE

The United States of America files this motion for a reduction in defendant Erick Kelly Anderson's sentence under Rule 35(b) of the Federal Rules of Criminal Procedure. The government requests that the Court set the instant motion for a hearing. At such a hearing, the government will explain the basis for the requested reduction and the recommended amount of the requested reduction.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   /s/ *James V. Hayes*
      JAMES V. HAYES
      ASSISTANT U.S. ATTORNEY
      FL BAR # A5501717
      99 N.E. 4th Street
      Miami, Florida 33132
      (305) 961-9181 (phone)
      E-mail: James.Hayes3@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed a copy of this Motion with the Clerk on December 3, 2014 using CM/ECF.

/s/ *James V. Hayes*
JAMES V. HAYES
ASSISTANT UNITED STATES ATTORNEY