UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-20402-CR-COHN/SELTZER

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ERICK KELLY ANDERSON, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION UNDER
## FED. R. CRIM. P. 35(b) FOR REDUCED SENTENCE

The United States of America and the defendant hereby jointly stipulate that the government's motion for a reduction in defendant Erick Kelly Anderson's sentence under Rule 35(b) of the Federal Rules of Criminal Procedure be granted, and further that the defendant's sentence be reduced by 40%. Because the defendant's original sentence was 180 months, his reduced sentence would be 108 months. The defendant and the government hereby agree to a reduced sentence of 108 months pursuant to Rule 35. All other conditions of the sentence previously entered by this Court shall remain the same.

Given their agreement, as shown by their signatures below, the parties respectfully state that the Court need not set the government's motion for a hearing. There is no need for such a hearing given that both parties agree to the requested reduction to 108 months.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: /s/ *James V. Hayes*
JAMES V. HAYES
ASSISTANT U.S. ATTORNEY
FL BAR # A5501717
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9181 (phone)
E-mail: James.Hayes3@usdoj.gov

James V. Hayes
Assistant United States Attorney

Jonathan Friedman
Attorney for Defendant

Erick Kelly Anderson
Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed a copy of this Motion with the Clerk on January 15, 2015, using CM/ECF.

/s/ *James V. Hayes*
JAMES V. HAYES
ASSISTANT UNITED STATES ATTORNEY

2